FREDERICK S. SMITH, Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant.

(Argued April 8, 1931; decided May 12, 1931.)

618

*Wilson B. Brice, Charles L. Woody, Raymond M. White* and *E. Vernon Roth* for appellant.

*James F. Dealy, Henry Escher, Guy Hughes Riegel* and *Robert L. Graham, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.